DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

—————————————————

KYLE KEMP,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3706

—————————————————

February 28, 2024

Appeal from the Circuit Court for Pinellas County; Pat Siracusa, Judge.

Howard L. Dimmig, II, Public Defender, and Gary R. Gossett, Jr., Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and James A. Hellickson, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

　　Affirmed.


SILBERMAN, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.